## WHITTIER *v.* ELECTRIC REFRIGERATION CORPORATION.

This case is controlled by *Harvey* v. *Electric Refrigeration Corporation, ante,* 235, and *Whittier* v. *Electric Refrigeration Corporation, ante,* 247.

Error to superior court of Grand Rapids; Verdier (Leonard D.), J. Submitted January 24, 1929. (Docket No. 67, Calendar No. 33,929.) Decided March 29, 1929.

Assumpsit by Walter H. Whittier against the Electric Refrigeration Corporation to recover purchase price paid for corporate stock on rescission of sale. Judgment for plaintiff. Defendant brings error. Affirmed.

*MacKay, Wiley, Streeter, Smith & Tucker,* for appellant.

*Knappen, Uhl & Bryant,* for appellee.

FELLOWS, J. This is a companion case to *Frank A. Harvey* v. *Electric Refrigeration Corp., ante,* 235, and *Harry L. Whittier* v. *Electric Refrigeration Corp., ante,* 247, both of which cases are handed down herewith. Like the *Harry L. Whittier Case,* it involves the question of tender. The record in the instant case is substantially identical with the record in that case.

For the reasons stated by Justice FEAD, and by Justice WIEST, in those cases, the judgment in the instant case will stand affirmed.

NORTH, C. J., and FEAD, WIEST, CLARK, McDONALD, POTTER, and SHARPE, JJ., concurred.